IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:20-CR-19-CAR-CHW |
| WAYNE L. MCKINLEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is the Government's Unopposed Motion to Continue [Doc. 42] the pretrial hearing in this case presently scheduled for November 3, 2021, and the trial, which is set to begin on December 6, 2021, in Athens, Georgia. On June 16, 2020, the Grand Jury returned a two-count indictment charging Defendant with distribution of heroin and distribution of cocaine. On August 3, 2020, Defendant Wayne L. McKinley pled not guilty at his arraignment and was released on an unsecured bond. The Court has previously continued this case, and Defendant does not oppose this current request for a continuance.

In the Motion, the Government states that the parties are engaged in plea negotiations, and the parties need additional time to conclude negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant and his counsel adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial.

1

Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, the Government's Unopposed Motion to Continue [Doc. 42] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the February 7, 2022 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 25th day of October, 2021.

s/C. Asley Royal  
C. ASHLEY ROYAL, SENIOR JUDGE  
UNITED STATES DISTRICT COURT