IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:20-CR-19-CAR-CHW |
| WAYNE L. MCKINLEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL**

Before the Court is Defendant Wayne L. McKinley's Unopposed Motion to Continue [Doc. 51] the pretrial hearing in this case presently scheduled for July 21, 2022, and the trial which is set to begin on August 8, 2022, in Athens, Georgia. On June 16, 2020, the Grand Jury returned a two-count indictment charging Defendant with distribution of heroin and distribution of cocaine. On August 3, 2020, Defendant Wayne L. McKinley pled not guilty at his arraignment and was released on an unsecured bond. The Court has previously continued this case, and the Government does not oppose this current request.

In the Motion, defense counsel states that Defendant intends to enter a guilty plea, but he has a medical surgery scheduled for August 16, 2022. Because the plea in this case involves mandatory detention, Defendant requests that his plea hearing be continued to a date after his surgery. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant and his counsel adequate time to address these matters. The

1

ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 51] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until October 24, 2022, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161. The Court will notify the parties of a plea date.

    **SO ORDERED,** this 15th day of July, 2022.

                                        S/ C. Ashley Royal
                                        C. ASHLEY ROYAL, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT